# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 25-1226-GBW |
| ) | |
| DEIRDRE LEANE and IPNAV, LLC, ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Akiva M. Cohen of Kamerman, Uncyk, Soniker & Klein P.C., 1700 Broadway, 16th Floor New York, NY 10019 to represent defendants Deirdre Leane and IPNAV, LLC in this matter.

/s/ James H. S. Levine
James H. S. Levine (Del. Bar No. 5355)
TROUTMAN PEPPER LOCKE LLP
1313 Market Street, Suite 1000
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 302-777-6500
james.levine@troutman.com

Dated: February 23, 2026

*Attorneys for Deirdre Leane and IPNAV, LLC*

325789193v1

## **ORDER GRANTING MOTION**

        IT IS HEREBY ORDERED that counsel's motion for the admission pro hac vice of Akiva M. Cohen is GRANTED.

Dated: _____, 2026

                                                        The Honorable Gregory B. Williams

## CERTIFICATION OF AKIVA M. COHEN, ESQUIRE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and am admitted, practicing and in good standing as a member of the Bar of the State of New York, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
Akiva M. Cohen
Kamerman, Uncyk, Soniker
  & Klein P.C.
1700 Broadway, 16th Floor
New York, NY 10019
Tel.: 212.400.4930
acohen@kusklaw.com

Dated: February 23, 2026